In the Matter of the CARE AND TREATMENT OF: Charles ST. CLAIR, a/k/a Charles E. St.Clair, Jr., a/k/a Junior St. Clair, Appellant.

No. ED 83536.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 12, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 30, 2004.

Application for Transfer Denied
Jan. 25, 2005.

Emmett D. Queener, Assistant Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty Gen., James R. Layton, Chief Deputy Attorney General, Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J. and BOOKER T. SHAW, J.

ORDER

PER CURIAM.

Appellant, Charles St. Clair ("defendant"), appeals from the judgment of the Circuit Court of Washington County, after a jury in the probate division found defendant to be a sexually violent predator ("SVP") under section 632.480 RSMo 2000. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurispru-dential purpose, we affirm the judgment pursuant to Rule 84.16(b).